UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

MIGUEL SANCHEZ-OCAMPO,

            Defendant.
_____

**16-CR-172-FPG**

**STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCNG FACTORS**

    Brian P. Comerford, affirms under penalty of perjury that:

    I am an Assistant Federal Public Defender in the Western District of New York and represent the Defendant, Miguel Sanchez-Ocampo, in the above-entitled action brought by the United States of America.  I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

    In accordance with those rules, it is hereby stated on behalf of the Defendant, that I have reviewed the Presentence Report and have discussed the same with Miguel Sanchez-Ocampo. There are no statements, conclusions or other information contained in that report which he disputes.  Defendant accepts the Presentence Report in its full prepared form.

    The Defendant requests that the Court advise him/her about all information which it will consider in imposing sentence which negatively impacts on the Defendant and about which the Defendant has no prior notice from the presentence report, including, but not limited to, *ex parte*

communications with United States Probation Officers and victims. *United States v. Mueller*, 168 F.3d 186 (5th Cir. 1999); *United States v. Corace*, 146 F.3d 51 (2d Cir. 1998); *United States v. Rivera*, 96 F.3d 41 (2d Cir. 1996).

**DATED**: Buffalo, New York, April 7, 2017

    Respectfully submitted,

    **/s/  Brian P. Comerford**
    Brian P. Comerford
    Assistant Federal Public Defender
    Federal Public Defender's Office
    300 Pearl Street, Suite 200
    Buffalo, New York 14202
    (716) 551-3341, (716) 551-3346 (Fax)
    brian_comerford@fd.org
    Counsel for Defendant Miguel Sanchez-Ocampo

**TO:** Brian J. Counihan
    Assistant United States Attorney

    Tina E. Blackman
    United States Probation Officer